# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Criminal Action Number: |
| Search Warrant | ) | 19-285M |

## MOTION AND ORDER TO UNSEAL SEARCH WARRANT AND RELATED FILE

The United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Alexander Ibrahim, Assistant United States Attorney for the District of Delaware, moves that the Search Warrant and related file in this case be unsealed.

Respectfully submitted,

David C. Weiss
United States Attorney

By: *Alexander Ibrahim*
Alexander Ibrahim
Assistant United States Attorney

Dated: October 21, 2020

**AND NOW**, to wit, this __21__ day of __October__, 2020, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Criminal Complaint and File in the above-captioned case be unsealed.

Honorable Mary Pat Thynge
Chief United States District Judge

FILED

OCT 21 2020

U.S. DISTRICT COURT DISTRICT OF DELAWARE